UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NUMBER: 5:14-CR-23-2D

UNITED STATES OF AMERICA

VS.                                              ORDER

WILLIAM ELDRIDGE ASKEW, III

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Agent Wade Butler and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 11 | Glass jar-marijuana |
| 12 | Heroin |
| 15 | Box of Dohn, super Lactose pills |

THIS 27 DAY OF OCTOBER, 2015

AGENT _(signature)_

_(signature)_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE