UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-cr-00023-D-2

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| WILLIAM ELDREDGE ASKEW III | |

On motion of the Defendant, William Eldridge Askew III, and for good cause shown, it is hereby ORDERED that **DE 197** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 19 day of January 2021.

JAMES C. DEVER III
United States District Judge