IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:14-CR-00023-D-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WILLIAM ELDRIDGE ASKEW, III, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal the Response in Opposition to Defendant's Motion for a Reduction of Sentence [DE200] along with Exhibits 1-2 [DE201 and DE202] attached to the Government's Response in Opposition to Defendant's Motion for a Reduction of Sentence [DE192]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the Government's Response [DE200] and Exhibits 1-2 [DE201 and DE202] attached to the Government's Response in Opposition to Defendant's Motion for a Reduction of Sentence [DE192].

SO ORDERED this 19 day of January, 2021.

JAMES C. DEVER, III
United States District Court Judge